■ THOMAS O. SAWYER, Respondent, v. MEAD CARNEY & COMPANY, INC., Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Rabin, Cox, Frank and Bastow, JJ.

■ In the Matter of UNION INSURANCE AGENCY et al., Petitioners, against LEFFERT HOLZ, as Superintendent of Insurance of the State of New York, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements to the respondent, and the petition dismissed. No opinion. Concur — Breitel, J. P., Cox, Frank, Valente and Bastow, JJ.

■ In the Matter of the Estate of LOUIS PIACENTINI, Deceased. JOHN GARIBOLDI et al., as Executors of LOUIS PIACENTINI, Deceased, Appellants; RITA VALSECCHI, Respondent.— Decree unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Cox, Frank, Valente and Bastow, JJ.

■ MICHAEL F. DRINKHOUSE, Respondent, v. PARKA CORPORATION et al., Appellants.— Appeal from the order of September 6, 1955 (denying defendants' motion, without prejudice, for judgment on the pleadings) unanimously dismissed. No opinion. Concur — Breitel, J. P., Cox, Frank, Valente and Bastow, JJ.

■ MICHAEL F. DRINKHOUSE, Respondent, v. PARKA CORPORATION et al., Appellants.— Orders entered on the 19th day of October, 1955 (denying defendants' motion for judgment on the pleadings pursuant to Rules Civ. Prac., rule 112 and denying defendants' motion for summary judgment pursuant to Rules Civ. Prac., rule 113 and Civ. Prac. Act, § 476) unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Cox, Frank, Valente and Bastow, JJ.

■ In the Matter of the Accounting of MARY M. BROWN, as Administratrix C. T. A. of MAY H. LAWRENCE, Deceased, Respondent. WILLIAM J. MAHON, Appellant.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Cox, Frank, Valente and Bastow, JJ. [See *post*, p. 1007.]

■ COMMISSIONERS OF THE STATE INSURANCE FUND, Respondents, v. MASCALI-ROBKE Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Cox, Frank, Valente and Bastow, JJ. [208 Misc. 316.]

■ KNOLLS COOPERATIVE SECTION No. 1, INC., Respondent, v. JOHN L. HENNESSY et al., Individually and as Copartners Doing Business as KNOLLS CONSTRUCTION COMPANY, et al., Appellants. JOHN L. HENNESSY et al., Individually and as Copartners Doing Business as KNOLLS CONSTRUCTION COMPANY, Third-Party Plaintiffs, v. SAMUEL SALTZMAN et al., Third-Party Defendants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and Bastow, JJ. [1 Misc 2d ——.]

■ KNOLLS COOPERATIVE SECTION No. 1, INC., Respondent, v. JOHN L. HENNESSY et al., Individually and as Copartners Doing Business as KNOLLS CONSTRUCTION COMPANY, et al., Appellants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and Bastow, JJ.

■ ANNIE DAVIDSON et al., Appellants, v. HELENE ZELEKOWITZ et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and Bastow, JJ.

■ EDNA G. KIRK, Respondent, v. WILLIAM A. KIRK, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and Bastow, JJ